UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :

NAMEL NORRIS,

                          Plaintiff,

                                  24-CV-2572 (VSB)

              -against-

                                  **ORDER**

TWIN NYC INC., *et al.*,

                        Defendants.

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on April 4, 2024, (Doc. 1), and filed affidavits of service on June 6, 2024, (Docs. 7 & 8). The deadline for Defendants to respond to Plaintiff's complaint was May 28, 2024. To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than Tuesday, July 23, 2024. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 9, 2024
             New York, New York

                                                                   _____
                                                                   VERNON S. BRODERICK
                                                                   United States District Judge