UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
NAMEL NORRIS,                                               :
                                                            :
                          Plaintiff,                        :
                                                            :        24-CV-2572 (VSB)
          -against-                                         :
                                                            :              **ORDER**
TWIN NYC INC., *et al.*,                                    :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on April 4, 2024, (Doc. 1), and filed affidavits of service on June 6, 2024, (Docs. 7, 8). Defendant Mott Realty Associates, LLC filed an answer on November 4, 2024. (Doc. 18.) Defendant Twin NYC Inc., after receiving multiple extension requests, (Docs. 21, 23), had until February 7, 2025 to respond to the complaint. To date, Defendant Twin NYC Inc. has not responded to the complaint, although they appeared in this action on January 31, 2025, (Doc. 24). Accordingly, it is hereby:

      ORDERED that Defendant Twin NYC Inc. respond to the complaint by February 24, 2025. No further extension requests will be granted.

SO ORDERED.

Dated:    February 10, 2025
             New York, New York

                                                        _____
                                                        VERNON S. BRODERICK
                                                        United States District Judge